
FILED 09 FEB 17 16:38 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Daniel Nulty,

        Plaintiff,

v.

Commissioner, Social Security Administration,

        Defendant.

No. CV 08-216-BR

**ORDER OF DISMISSAL**

Pursuant to the Stipulation (#14) of the parties,

This matter is DISMISSED with prejudice and without any award of costs, expenses or attorney fees to either party.

Dated this __17th__ day of February, 2009.

                                     /s/ Anna J. Brown
                                     Anna J. Brown
                                     United States District Judge